**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**SEP 18 2000**

**PATRICK FISHER**
**Clerk**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

CHARLES EDWARD COMPTON,

Petitioner-Appellant,

v.

UNITED STATES PAROLE
COMMISSION,

Respondent-Appellee.

No. 00-1059
(D.C. No. 98-M-2541)
(D. Colo.)

---

### ORDER AND JUDGMENT  *

---

Before **BRORBY, PORFILIO,** and **MURPHY** , Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is

therefore ordered submitted without oral argument.

---

*    This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Charles Edward Compton filed this pro se habeas petition under 28 U.S.C. § 2241 to contest the validity of a parole violator sentence imposed by the United States Parole Commission.  In a detailed and cogent order, the district court denied the petition and dismissed the action, and Mr. Compton appealed.  We have carefully considered the record and the parties' legal arguments, and for substantially the same reasons set out in the district court order dated January 31, 2000, we AFFIRM.

Entered for the Court


John C. Porfilio
Circuit Judge